UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA **3 : CR   07 - 0341**

VS.

:

HASSAN MUSTAPHA a/k/a "Blacks"
LAMAR JAHKEL a/k/a "Cookie"
AARON SAUNDERS a/k/a "Preem" a/k/a "Smiles" :     3:CR-07-
STEVE ADOLPHIE a/k/a "CJ"
JEFFREY MALIVERT a/k/a "A"                          :
MIA ROBICHAUX a/k/a "Small Fry"
LAMELL SAMUEL a/k/a "L"
VINCENT JACKSON
SEAN WILLIAMS                                       :
CHERYL TIPPENS
BERNARD KUPRIONAS
LINDA KUPRIONAS                                     :
GEORGE LOWERS
ISAURA CASTRO
JADOODAM MARK a/k/a "Lite"

Defendants :

**FILED
SCRANTON**

SEP 0 4 2007

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

## **INDICTMENT**

THE GRAND JURY CHARGES:

### **Count 1**

Beginning in or about January 2007, and continuing to the present, in Luzerne County,

Pennsylvania, within the Middle District of Pennsylvania, and elsewhere, the Defendants,

**HASSAN MUSTAPHA a/k/a "Blacks"
LAMAR JAHKEL a/k/a "Cookie"
AARON SAUNDERS a/k/a "Preem" a/k/a "Smiles"
STEVE ADOLPHIE a/k/a "CJ"
JEFFREY MALIVERT a/k/a "A"
MIA ROBICHAUX a/k/a "Small Fry"
LAMELL SAMUEL a/k/a "L"
VINCENT JACKSON
SEAN WILLIAMS**

**CHERYL TIPPENS**

**BERNARD KUPRIONAS**
**LINDA KUPRIONAS**
**GEORGE LOWERS**
**ISAURA CASTRO**
**JADOODAM MARK a/k/a "Lite,"**

did knowingly and intentionally combine, conspire, confederate and agree with each other and with other persons, both known and unknown to the Grand Jury, to commit the following offenses against the United States, namely, to knowingly, intentionally and unlawfully distribute, and possess with intent to distribute, in excess of 50 grams of cocaine base ("crack"), cocaine, Schedule II controlled substances, and heroin and marijuana, Schedule I controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## MANNER AND MEANS OF THE CONSPIRACY

The manner and means by which the defendants and their co-conspirators sought to accomplish the objectives of the conspiracy included, among others, the following:

1. The defendants and/or their co-conspirators would obtain the controlled substances from suppliers in New York City.

2. After the controlled substances were obtained, the defendants and/or their co-conspirators would transport the controlled substances to Luzerne County, Pennsylvania, and distribute the controlled substances to others located in Luzerne County , Pennsylvania, in return for money or other valuable consideration.

2

3.  The defendants and/or their co-conspirators established and utilized drug distribution locations in the Luzerne County, Pennsylvania area.

4.  The defendants and/or their co-conspirators used cellular telephones to communicate with each other and with drug customers.

All in violation of Title 21, United States Code, Section 846.

THE GRAND JURY FURTHER CHARGES:

## Count 2

On or about February 10, 2007, in Luzerne County, Pennsylvania, within the Middle District of Pennsylvania, the Defendant,

**AARON SAUNDERS a/k/a "Preem" a/k/a "Smiles,"**

aiding and abetting another person , and aided and abetted by another person, did knowingly, intentionally and unlawfully distribute and possess with intent to distribute cocaine base ("crack"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a) (1) and Title 18, United States Code, Section 2.

4

THE GRAND JURY FURTHER CHARGES:

## Count 3

On or about March 26, 2007, in Luzerne County, Pennsylvania, within the Middle District

of Pennsylvania, the Defendant,

## LAMELL SAMUEL  a/k/a "L,"

did knowingly, intentionally and unlawfully distribute, and possess with intent to distribute heroin,

a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

THE GRAND JURY FURTHER CHARGES:

## Count 4

On or about March 31, 2007, in Luzerne County, Pennsylvania, within the Middle District of Pennsylvania, the Defendant,

### LAMELL SAMUEL  a/k/a "L,"

did knowingly, intentionally and unlawfully possess with intent to distribute, and did distribute, cocaine base ("crack"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a) (1).

THE GRAND JURY FURTHER CHARGES:

### Count 5

On or about April 1, 2007, in Luzerne County, Pennsylvania, within the Middle District of

Pennsylvania, the Defendant,

### STEVE ADOLPHIE  a/k/a "CJ,"

did knowingly, intentionally and unlawfully distribute and  possess with intent to distribute cocaine

base ("crack"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

THE GRAND JURY FURTHER CHARGES:

## Count 6

On or about May 1, 2007, in Luzerne County, Pennsylvania, within the Middle District of

Pennsylvania, the Defendant,

### LAMELL SAMUEL a/k/a "L,"

did knowingly, intentionally and unlawfully distribute and possess with intent to distribute cocaine

base ("crack"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

THE GRAND JURY FURTHER CHARGES:

## Count 7

On or about May 4, 2007, in Monroe County, Pennsylvania, within the Middle District of

Pennsylvania, the Defendants,

**HASSAN MUSTAPHA a/k/a "Blacks"
AARON SAUNDERS a/k/a "Preem" a/k/a "Smiles"
and
VINCENT JACKSON,**

aiding and abetting each other, and aided and abetted by each other,  did knowingly, intentionally

and unlawfully distribute and possess with intent to distribute heroin, a Schedule I controlled

substance, and in excess of 500 grams of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B), and Title

18, United States Code, Section 2.

THE GRAND JURY FURTHER CHARGES:

## Count 8

On or about May 10, 2007, in Luzerne County, Pennsylvania, within the Middle District of Pennsylvania, the Defendants,

**JEFFREY MALIVERT a/k/a "A"**
**and**
**STEVE ADOLPHIE a/k/a "CJ,"**

aiding and abetting each other, and aided and abetted by each other, did knowingly, intentionally and unlawfully distribute and possess with intent to distribute cocaine base ("crack") a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

THE GRAND JURY FURTHER CHARGES:

## Count 9

On or about May 16, 2007, in Luzerne County, Pennsylvania, within the Middle District of

Pennsylvania, the Defendants,

**LAMELL SAMUELL a/k/a "L"**
**and**
**MIA ROBICHAUX a/k/a "Small Fry,"**

aiding and abetting  each other, and aided and abetted by each other, did knowingly, intentionally

and unlawfully distribute and possess with intent to distribute, cocaine base ("crack") , a Schedule

II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States

Code, Section 2.

11

THE GRAND JURY FURTHER CHARGES:

## Count 10

On or about June 4, 2007, in Luzerne County, Pennsylvania, within the Middle District of

Pennsylvania, the Defendant,

### MIA ROBICHAUX a/k/a "Small Fry,"

did knowingly, intentionally and unlawfully distribute and possess with intent to distribute, heroin,

a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

THE GRAND JURY FURTHER CHARGES:

## Count 11

On or about June 4, 2007, in Luzerne County, Pennsylvania, within the Middle District of Pennsylvania, the Defendant,

### STEVE ADOLPHIE a/k/a "CJ,"

did knowingly, intentionally and unlawfully possess with intent to distribute, heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

THE GRAND JURY FURTHER CHARGES:

## **Count 12**

On or about June 4, 2007, in Luzerne County, Pennsylvania, within the Middle District of

Pennsylvania, the Defendants,

**SEAN WILLIAMS**
**and**
**LAMELL SAMUEL a/k/a "L,",**

aiding and abetting each other, and aided and abetted by each other,  did knowingly, intentionally

and unlawfully possess with intent to distribute, heroin, a Schedule I controlled substance, and

cocaine base ("crack"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States

Code, Section 2.

THE GRAND JURY FURTHER CHARGES:

## Count 13

On or about July 18, 2007, in Luzerne County, Pennsylvania, within the Middle District of Pennsylvania, the Defendant,

**JADOODAM MARK a/k/a "Lite,"**

aiding and abetting another person, and aided and abetted by another person,  did knowingly, intentionally and unlawfully distribute and possess with intent to distribute, cocaine base ("crack"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

THE GRAND JURY FURTHER CHARGES:

## Count 14

On or about June 29, 2007, in Luzerne County, Pennsylvania, within the Middle District of Pennsylvania, the Defendants,

**GEORGE LOWERS**
**and**
**ISAURA CASTRO,**

aiding and abetting each other, and aided and abetted by each other, did knowingly, intentionally and unlawfully possess with intent to distribute in excess of 50 grams of cocaine base ("crack"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

THE GRAND JURY FURTHER CHARGES:

## Count 15

On or about July 12, 2007, in Luzerne County, Pennsylvania, within the Middle District of

Pennsylvania, the Defendants,

**LAMELL SAMUEL a/k/a "L"**
**and**
**MIA ROBICHAUX a/k/a "Small Fry,"**

aiding and abetting each other, and aided and abetted by each other, did knowingly, intentionally

and unlawfully distribute and possess with intent to distribute, cocaine base ("crack"), a Schedule

II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States

Code, Section 2.

THE GRAND JURY FURTHER CHARGES:

## Count 16

On or about July 25, 2007, in Luzerne County, Pennsylvania, within the Middle District of

Pennsylvania, the Defendant,

### LAMAR JAHKEL a/k/a "Cookie,"

did knowingly, intentionally and unlawfully distribute and possess with intent to distribute, cocaine

base ("crack"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

THE GRAND JURY FURTHER CHARGES:

## **Count 17**

On or about August 30, 2007, in Luzerne County, Pennsylvania, within the Middle District of Pennsylvania, the Defendant,

### **LAMAR JAHKEL a/k/a "Cookie,"**

did knowingly, intentionally and unlawfully distribute and  possess with intent to distribute, cocaine base ("crack"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

THE GRAND JURY FURTHER CHARGES:

### Count 18

Between in or about April  2007 and continuing to in or about July  2007, in Luzerne County, Pennsylvania, within the Middle District of Pennsylvania, the Defendants,

**BERNARD KUPRIONAS**
**and**
**LINDA KUPRIONAS,**

aiding  and abetting each other, and aided  and abetted  by each other, did knowingly and intentionally manage and control a building, room, and enclosure, either as an owner, lessee, agent, or mortgagee, and knowingly and intentionally make available for use, with and without compensation, the building, room, and enclosure for the purpose of unlawfully storing, distributing and using a controlled substance, namely heroin, a Schedule I controlled substance, and cocaine base ("crack"), a Schedule II controlled substance .

In violation of Title 21, United States Code, Section 856(a)(2) and Title 18, United States Code, Section 2.

THE GRAND JURY FURTHER CHARGES:

## Count 19

Between in or about April 2007 and continuing to the present, in Luzerne County, Pennsylvania, within the Middle District of Pennsylvania, the Defendant,

### CHERYL TIPPENS,

did knowingly and intentionally manage and control a building, room, and enclosure, either as an owner, lessee, agent, or mortgagee, and knowingly and intentionally make available for use, with and without compensation, the building, room, and enclosure for the purpose of unlawfully storing, distributing and using a controlled substance, namely heroin, a Schedule I controlled substance, and cocaine base ("crack"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 856(a)(2).

**A TRUE BILL**

9/4/07
DATE

T. A. Marino
THOMAS A. MARINO
United States Attorney